IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEO ARCHER,
aka, RICKY THOMAS,

      Petitioner,                          No. CIV S-07-1401 LEW KJM P

  vs.

CALIFORNIA ATTORNEY GENERAL,

      Respondent.                       <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

      The court has reviewed court records and finds that this action is duplicative of CIV S 04-2249 MCE KJM P, which is a habeas action where petitioner is represented by counsel. Any claims petitioner has regarding his current confinement status should be raised in that action. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

/////

1

specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 16, 2007.

/s/ _____
U.S. MAGISTRATE JUDGE

1/mp
arch1401.fnrs