IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEO ARCHER,
aka, RICKEY THOMAS,

      Petitioner,                  No. CIV S-07-1401 JAM KJM P

  vs.

CALIFORNIA ATTORNEY GENERAL,

      Respondent.               FINDINGS AND RECOMMENDATIONS

                            /

         On January 15, 2008, the court granted petitioner leave to file a second amended petition for writ of habeas corpus under 28 U.S.C. § 2254. In the order, petitioner was warned as follows:

> Petitioner is informed as follows regarding the contents of his amended habeas petition. The only relief petitioner can seek in his amended petition is immediate or expedited release from custody. 28 U.S.C. § 2254. In the amended petition, petitioner must assert that he is in custody or that the length of his sentence is based upon a violation of federal law. Id. Finally, petitioner must demonstrate that he has exhausted state court remedies with respect to his claims or seek a stay of this action to exhaust state court remedies. If petitioner's amended petition fails to satisfy the requirements of this order, this action will be dismissed with prejudice.

/////

1

Petitioner filed his second amended petition on January 28, 2008 and then filed an "amended statement of facts" on February 7, 2008 without obtaining leave to do so as required under Rule 15(a)(2). Therefore, the "amended statement of facts" will not be considered.

The court has reviewed the second amended petition and finds that petitioner fails to seek immediate or expedited release from custody. Also, petitioner fails to point to anything suggesting he is in custody in violation of federal law. Indeed, petitioner has informed the court that he has actually been released from custody. See docket no. 47. In light of these facts, the court will recommend that this action be dismissed.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 2, 2008.

_____
U.S. MAGISTRATE JUDGE

1
arch1401.frs

2